Kenneth Miller
Name
Hwy 84/285 bld 19350
Hernandez, NM 87532
Address

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2016 SEP 12 AM 8:51
CLERK-SANTA FE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Kenneth Miller, Plaintiff
(Full Name)

v.

Robert Montoya Defendant(s)

CASE NO. CV 16-1013 KK
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A. JURISDICTION

1) Kenneth Miller (Plaintiff), is a citizen of US (State) who presently resides at Hwy 84/285 19350 Hernandez NM (Mailing address or place of confinement).

2) Defendant Robert Montoya (Name of first defendant) is a citizen of PO BOX 360 Espanola NM 87532 (City, State), and is employed as ______________ ( Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☐ No ☐ If your answer is "Yes", briefly explain:

3) Defendant Robert Montoya is a citizen of
(Name of second defendant)

_______________ , and is employed as
(City, State)

_______________ . At the time the claim(s)
( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.
Yes ☐ No ☐ If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

I gave Mr. Montoya a notorized copy of attached letter labeled Exhibits A and B stating my rights to the property, I am making mortgage payments on. Also please see purchase agreement Exhibit C. Mr. Montoya, after receiving these documents said, if I did not sell him back his building for $1,000 that he would kill me. He made this statement in front of his grand daughter. Police report Exhibit D is also attached. A couple other incidences occurred. In one of them Mr. Montoya threatened to jail an employee working for me who was putting up a fence (police report pending for second incident) continued on next page

Several time both Robert Montoya came into my establishment when I was not there and I returned he was reading my business documents and looking around. Later I put a fence so he could not walk in the back door of the building and that is when he threatened my worker.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I:

1. Mr. Montoya threatened to kill me if I did not sell back his property
2. He violated my rights of ownership to property I am purchasing from him
3. Violated right to privacy when he walked into building w/out my permission
4. Threatened to jail an employee who was not breaking the law — told

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

the employee "I will have you put in jail" and told the employee that I did not own this property I was making payments on and that he (Mr. Montoya) could have me evicted any time he wanted to. Told me the next day "it is who you know"

B)(1) Count II:

(2) Supporting Facts:

C)(1) Count III:

(2) Supporting Facts:

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐ No ☑ If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit.

Plaintiffs: ______________________________

Defendants: ______________________________

b) Name of court and docket number:

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

d) Issues raised: ______________________________

e) Approximate date of filing lawsuit: ______________________

f) Approximate date of disposition: ______________________

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐ No ☑ If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

______________________
Signature of Attorney (if any)

______________________
Signature of Petitioner

Attorney's full address and telephone number.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at ________________________ on ______________ 20__.
(Location) (Date)

Kenneth Miller
(Signature)

Ex 1

March 30, 16

Robert Montoya
PO BOX 360
Espanola, NM 87532

Dear Robert,

I Kenneth Miller, Highway 84/285, building 19350, in Hernandez am buying the land and building with no agreement to share well or mineral rights of this land. I Kenneth Miller am the soul buyer of property with an agreement from Robert Montoya. I Kenneth Miller came to an agreement in July 2015 to purchase the building and land. I Kenneth Miller do not agree to give no water rights or other mineral rights to this land to no one. Before I moved to this location Robert Montoya was paying anywhere from $90-100 or more a month for utilities, but when I moved in he quit paying. He should still be paying this because of the use of the well. I Kenneth Miller do not agree to pay his share of the utilities. I Kenneth Miller am due back pay for utilities from Aug. 2015- April 2016 and every month there after in the amount of $1, 000. I should receive $100 a month by the 3rd of each month in cashiers check or money order. Mortgage check is attached to this letter. You have 10 days to respond or I Kenneth Miller will cut off all water use of my well.

Sincerely,

Check # 3321678

[signature]

Kenneth Miller

DIANE RODRIGUEZ NOTARY PUBLIC STATE OF NEW MEXICO

SUBSCRIBED AND SWORN TO BEFORE ME THIS 31 DAY OF Mar., 20 16 BY Kenneth Miller

[signature]

NOTARY PUBLIC FOR THE STATE OF NEW MEXICO, COUNTY OF LOS ALAMOS. MY COMMISSION EXPIRES: 08.27.19

Ex 1B



LANB
Creating a better way.

Main Office
1200 Trinity Drive / P.O. Box 60
Los Alamos, NM 87544-0060
www.lanb.com / (505) 662-5171

Reference: [MJB/2 T-98921]

Remitter: Kenny's North Carolina BBQ, LLC
55 O' Go Wii
Santa Fe, NM 87506-0922

3321678

MJB 95-101/1070

March 31, 2016

For: for mortgage--highway 84/285 bldg 19350 Hernande

Pay: *** One Thousand And 00/100 Dollars ***

To The Order Of: ***Robert Montoya***

$1,000.00

Cashier's Check

- NOT NEGOTIABLE -

- CUSTOMER RECEIPT ONLY -

EX 3

# STATE OF NEW MEXICO UNIFORM INCIDENT REPORT

| OCCURRENCE DATE(S) ON | BETWEEN | DATE REPORTED | ORI NO. | INCIDENT NO. | PAGE | OF |
|---|---|---|---|---|---|---|
| MM/DD/YY 5/6/2016 | MM/DD/YY | MM/DD/YY 5/10/2016 | NM0210000 | 8-576 | 1 | 3 |

| TIME | DAY | TIME | DAY | TIME | DAY | AGENCY / COUNTY | DIST. NO. | OPTIONAL USE (CASE NO., ETC.) | BURGLARY FORCE / NO F | # UNITS ENT. |
|---|---|---|---|---|---|---|---|---|---|---|
| Unk | Fr | | | 0830 | Tu | RIO ARRIBA COUNTY SHERIFF | 007 | SO-16-000548 | X | |

| ADDRESS / LOCATION OF INCIDENT | CITY | ZIP | GANG REL. YES / NO | HATE/BIAS MOT. CODE |
|---|---|---|---|---|
| 19350 Hwy 84/285 | Hernandez | 87537 | X | |

## OFFENSE

| OFFENSE / INCIDENT | STATUTE OR ORDINANCE | FEL MIS. | ATT | COM | UCR CODE | ACTIVITY CODE | LOCAT CODE | WEAPON CODE | ALCOH. | DRUG | COMB. | UNK. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simple Assault | 30-3-1 | M | | X | 13B | | 13 | 99 | | | | X |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## SUBJECTS (VICTIMS / SUSPECTS / PERSONS / BUSINESSES)

PERSON CODES: V-VICTIM C-CITED S-SUSPECT A-ARRESTED G-PARENT/GUARDIAN W-WITNESS I-INTERVIEWED O-OTHER R-REPORTING PERSON D-DECEASED M-MISSING PERSON/RUNAWAY

TYPE CODES: I-INDIVIDUAL B-BUSINESS F-FINANCIAL INST. P-POLICE O-OTHER G-GOVERNMENT R-RELIGIOUS S-SOCIETY/PUB. U-UNKNOWN

INJURY CODES: B-APPARENT BROKEN BONE I-POSSIBLE INTERNAL INJURY L-SEVERE LACERATIONS M-APPARENT MINOR INJURY O-OTHER MAJOR INJURY T-LOSS OF TEETH U-UNCONSCIOUS N-NONE

### Subject 1

| PERSON CODE | TYPE CODE | INJURY CODE | NAME (LAST, FIRST, MIDDLE) | SOCIAL SECURITY NO. | DOB | SEX | RACE |
|---|---|---|---|---|---|---|---|
| R | I | N | Miller, Kenneth | | | M | BLK: X |

| STREET ADDRESS | RES. PHONE | HEIGHT | WEIGHT | HAIR | EYES | ETHNICITY | AGG. ASS./J.H. CODE |
|---|---|---|---|---|---|---|---|
| 19350 Hwy 84/285 | 505-500-0030 | 600 | 160 | Blk | Brn | AM | |

| CITY | STATE | ZIP | BUS. PHONE | VIC. OFF. # | VIC. SUS. # | REL. | SUS. # | REL. | SUS. # | REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| Hernandez | NM | 87537 | | | | | | | | |

OCCUPATION: | EMPLOYER / SCHOOL: | EMPLOYER / SCHOOL ADDRESS: | GANG AFFILIATION:

ALIAS / NICKNAME: | MARKS, SCARS, TATTOOS AND OR CLOTHING DESCRIPTION: | ARMED WITH (CODE): | TYPE OF ARREST ON VIEW / CITED / CUST.:

| DRIVER'S LICENSE NO. | D.L. STATE | ARREST / CITATION NO. | F.B.I. NO. | S.I.D. NO. | NIC NO. | RES. STATUS RES. / NON |
|---|---|---|---|---|---|---|
| | NM | | | | | |

### Subject 2

| PERSON CODE | TYPE CODE | INJURY CODE | NAME (LAST, FIRST, MIDDLE) | SOCIAL SECURITY NO. | DOB | SEX | RACE |
|---|---|---|---|---|---|---|---|
| S | I | N | Montoya, Robert | | | M | WHT: X |

| STREET ADDRESS | RES. PHONE | HEIGHT | WEIGHT | HAIR | EYES | ETHNICITY | AGG ASS / J.H. CODE |
|---|---|---|---|---|---|---|---|
| 19350 Hwy 84/285 | | | | | | | |

CITY: | STATE: | ZIP: | BUS. PHONE: | VIC. OFF. #: | VIC. SUS. #: | REL.: | SUS. #: | REL.: | SUS. #: | REL.:

OCCUPATION: | EMPLOYER / SCHOOL: | EMPLOYER / SCHOOL ADDRESS: | GANG AFFILIATION:

ALIAS / NICKNAME: | MARKS, SCARS, TATTOOS AND OR CLOTHING DESCRIPTION: | ARMED WITH (CODE): | TYPE OF ARREST ON VIEW / CITED / CUST.:

DRIVER'S LICENSE NO.: | D. L. STATE: | ARREST / CITATION NO.: | F.B.I. NO.: | S.I.D. NO.: | NIC NO.: | RES. STATUS RES. / NON:

### Subject 3

PERSON CODE: | TYPE CODE: | INJURY CODE: | NAME (LAST, FIRST, MIDDLE): | SOCIAL SECURITY NO.: | DOB: | SEX: | RACE WHT / BLK / ASIA / IND / UNK:

STREET ADDRESS: | RES. PHONE: | HEIGHT: | WEIGHT: | HAIR: | EYES: | ETHNICITY: | AGG ASS / J.H. CODE:

CITY: | STATE: | ZIP: | BUS. PHONE: | VIC. OFF. #: | VIC. SUS. #: | REL.: | SUS. #: | REL.: | SUS. #: | REL.:

OCCUPATION: | EMPLOYER / SCHOOL: | EMPLOYER / SCHOOL ADDRESS: | GANG AFFILIATION:

ALIAS / NICKNAME: | MARKS, SCARS, TATTOOS, AND OR CLOTHING DESCRIPTION: | ARMED WITH (CODE): | TYPE OF ARREST ON VIEW / CITED / CUST.:

DRIVER'S LICENSE NO.: | D.L. STATE: | ARREST / CITATION NO.: | F.B.I. NO.: | S.I.D. NO.: | NIC NO.: | RES. STATUS RES. / NON:

## VEHICLE

VEH. STATUS: 1-STOLEN 2-BURNED 3-REC. (STOLEN LOCALLY) 4-REC (STOLEN OTHER JURIS.) 5-SEIZED 6-ABANDONED 7-DAMAGED/VANDALIZED 8-SUSPECT'S VEHICLE 9-VICTIM'S VEHICLE 10-OTHER 11-EMBEZ. 12-REPO.

VEH. TYPE: 01-AIRPPLANE 03-AUTOMOBILE 05-BUS 24-OTHER MOTOR VEH. 28-MOTOR HOMES 37-TRUCK (PICKUP) 39-WATERCRAFT 41-MOTORCYCLE 42-SNOWMOBILE 43-ATV 44-TRAILER

YEAR: | MAKE: | MODEL: | BODY STYLE: | LICENSE NO.: | LIC. YR.: | LIC. ST.: | TOP COLOR: | BTM. COLOR: | VALUE/DAMAGE EST.:

REGISTERED OWNER'S NAME (OR SAME AS SUBJ. NO.): | VEHICLE IDENTIFICATION NUMBER: | DISTINGUISHING FEATURES / VISIBLE DAMAGE:

ADDRESS: | TOW TO BY: | NIC NO.:

AGENCY OPTIONAL USE: | TOWED FROM: | OWNER NOTIFIED: | DATE RECOVERED: | TIME RECOVERED:

# PROPERTY

**PROPERTY STATUS**
2-STOLEN & RECOVERED 3-RECOVERED (STOLEN THIS JURIS.) 5-EVIDENCE 6-LOST 8-COUNTERFEIT/FORGED 9-DAMAGED/DESTROYED/VANDALIZED 11-SEIZED 12-USED IN CRIME 13-SAFEKEEPING 14-UNKNOWN 15-EMBEZZLED

**PROPERTY TYPE**
02-ALCOHOL 04-BICYCLES 06-CLOTHES/FURS 07-COMPUTER HARDWARE/SOFTWARE 08-CONSUMABLE GOODS 09-CREDIT/DEBIT CARDS 10-DRUGS/NARCOTICS 11-DRUG/NARCOTIC EQUIPMENT 12-FARM EQUIPMENT 13-FIREARMS 14-GAMBLING EQUIPMENT 15-HEAVY CONSTRUCTION/HEAVY EQUIP. 16-HOUSEHOLD GOODS 17-JEWLRY/PRECIOUS METALS 18-LIVESTOCK 9-MERCHANDISE 20-MONEY 21-NEGOTIABLE INSTRUMENTS 22-NON-NEGOTIABLE INSTRUMENTS 23-OFFICE EQUIPMENT 25-PURSES/HANDBAGS/WALLETS 26-RADIOS/TVs/VCRs 27-RECORDINGS-AUDIO/VISUAL 29-STRUCTURES-SINGLE OCCUPANCY 30-STRUCTURES-OTHER DWELLINGS 31-STRUCTURES-OTHER COMM./BUSINESS 32-STRUCTURES-INDUSTRIAL/MANUF. 33-STRUCTURES-PUBLIC/COMMUNITY 34-STRUCTURES-STORAGE 35-STRUCTURES-OTHER 36-TOOLS 38-VEHICLE PARTS/ACCESSORIES 40-SKIS/SKI EQUIP 77-OTHER 88-PENDING INVEN 99-SPECIAL CAT.

**DRUG TYPE**
A-CRACK B-COCAINE C-HASHISH D-HEROIN E-MARIJUANA F-MORPHINE G-OPIUM H-OTHER NARCOTICS I-LSD J-PCP K-OTHER HALLUCINOGENS L-AMPH./METHAM. M-OTHER STIMULANTS N-BARBITUATES O-OTHER DEPRESSANTS P-OTHER DRUGS U-UNKNOWN X-OVER THREE TYPES

**FIELD UNIT OF MEASURE**
GM-GRAM KG-KILOGRAM OZ-OUNCE LB-POUND GL-GALLON NP-NO. PLANTS LT-LITER FO-FLUID OUNCES DU-DOSAGE UNITS ML-MILLILITER

| PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
|---|---|---|---|---|---|---|
| SUSPECTED DRUG TYPE | QUANTITY/ UNIT OF MS | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOV. | NIC NO. |
| PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY/ UNIT OF MS | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOV. | NIC NO. |
| PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY/ UNIT OF MS | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOV. | NIC NO. |
| PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY/ UNIT OF MS | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOV. | NIC NO. |

M.O. EVENT CODES: (AGENCY OPTIONAL USE) | TOTAL VALUE STOLEN | TOTAL VALUE REC.

# SYNOPSIS

Individual came into the Sheriff's Office to report a threat made by his landlord.

# NARRATIVE

On the date of May 10th, 2016 at 0930 hours, while on regular patrol in a marked Rio Arriba County Sheriff's Office patrol unit, within the boundaries of Rio Arriba County, the State of New Mexico, wearing the patrol uniform of the Rio Arriba County Sheriff's Office displaying my badge of office, I was dispatched to the Rio Arriba Sheriff's Office in reference to a walk in report of a treat. I made contact with Kenneth Miller, owner of Kenny's Bar-B-Q, Mr. Miller reports that last week his landlord Robert Montoya came to the store front being purchased by Mr. Miller from Mr. Montoya and told him "If I don't get my $1000 I will kill you". Mr. Miller after thinking about the incident feels he should report it to Law Enforcement. It appears that Mr. Miller in signing a contract to buy the "Montoya's Store" in Hernandez, signed an agreement to assume water and electric, not knowing that the home belonging to Mr. Montoya was also connected to the same utilities as the store front. When Mr. Miller shut off water at the main it also shut off water to Mr. Montoya's home and that is when Mr. Montoya confronted Mr. Miller. There was no specific treat of harm or death and Mr. Montoya did not show or imply a weapon. Mr. Mille/was informed that this case would be listed as a misdemeanor and he said he did not want Mr. Montoya arrested or cited but wanted simply for the Sheriff's Office to be aware of the situation. Mr. Miller was also directed to the Rio Arriba Magistrate Court for assistance with the civil side of this incident involving the buyer's contract and the utilities in question.

# CERT. / STATUS

"I WILL PROSECUTE/TESTIFY SHOULD THE OFFENDER BE ARRESTED" YES | NO — "I UNDERSTAND IT IS A CRIMINAL OFFENSE TO FILE A FALSE REPORT TO POLICE" — COMPLAINANT / VICTIM CERTIFICATION SIGNATURE X — DATE

| REPORTING OFFICER | RANK | I.D. NO. | DATE | DETECTIVE / FOLLOW UP OFFICER / REFERRED TO | I.D. NO. | DATE |
|---|---|---|---|---|---|---|
| RR Sanches [signature] | LT | RA4 | 5/10/16 | | | |

| ASSISTING OFFICER | RANK | I.D. NO. | DATE | PROCESSED BY | DATE | DATA ENTRY PERSON | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| APPROVING OFFICER | RANK | I.D. NO. | DATE | INCIDENT STATUS: UNFOUNDED / CLEARED BY ARREST / EXCEPTIONAL CLEAR | EXCEPT CODE | A-DEATH OF OFFENDER B-PROSECUTION DEC. C-EXTRADITION DEC D-VIC REF. TO COOP E-JUVENILE, NO CUST N-NOT APPLICABLE | DATE |
|---|---|---|---|---|---|---|---|
| Martin Trujillo [signature] | US | RA 2 | 5/10/16 | | | | |

AGENCY OPTIONAL USE (DISTRIBUTION, OTHER OFFICERS, ETC.) | CASES CLEARED BY THIS ARREST

Ex 4

July 10, 2015

This Document is prepared for the sale of property belonging to Robert Montoya and Rose Ellen Montoya .

Robert Montoya and Rose Ellen Montoya have entered into an agreement for the sale Of property in El Guache New Mexico. The property, consists of a 2000 square foot building plus refrigerators and compressor and shelving in building. The amount of property that the building is situated on is three quarters of an acre included in the total price.

The total estimated amount of $200,000 assessed at a finance rate of 5.5% will be figured

On an amortization table for the extent of time based at $1,000 per month.

Any extra payments made in addition to monthly rate will be deducted from total amount.

Buyer will provide ingress and egress until final payment.

A survey will be enacted upon completion of payments for said Property.

Monthly payment will be made by Kenny Miller on or about the first of each month, or an agreed day with Mr. Miller

Payment will be made on agreed date with no leeway. Missed payments cannot be tolerated. Foreclosure will result after first missed payment.

[signature] Buyer

[signature] Seller Robert Montoya

Buyer

Seller Rose Ellen Montoya

Bldg 19350
Hwy 84/285
Hernandez N.M
87537
753-4277